Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

Florence Division

JAN 8 '26 PM 12:20
RCV'D - USDC FLO SC

Cecily Nicole Hillard                                    )    Case No. _____
                                                         )              *(to be filled in by the Clerk's Office)*
_____         )
          *Plaintiff(s)*                                 )
*(Write the full name of each plaintiff who is filing this complaint.*  )    Jury Trial: *(check one)* ☑ Yes  ☐ No
*If the names of all the plaintiffs cannot fit in the space above,*     )
*please write "see attached" in the space and attach an additional*     )
*page with the full list of names.)*                     )
                      -v-                                )
                                                         )
GRAND ATLANTIC OCEAN RESORT, et al.,                     )
           Defendants.                                   )
                                                         )
_____         )
          *Defendant(s)*                                 )
*(Write the full name of each defendant who is being sued. If the*      )
*names of all the defendants cannot fit in the space above, please*     )
*write "see attached" in the space and attach an additional page*       )
*with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

|  |  |  |  |
|---|---|---|---|
| Name | Cecily Nicole Hillard | | |
| Address | P.O. Box 1870 | | |
| | Bennettsville | SC | 29512 |
| | *City* | *State* | *Zip Code* |
| County | Marlboro | | |
| Telephone Number | (843) 544-0343 | | |
| E-Mail Address | cecilynhillard@gmail.com | | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

|  |  |  |  |
|---|---|---|---|
| Name | Grand Atlantic Ocean Resort | | |
| Job or Title *(if known)* | | | |
| Address | 2007 South Ocean Boulevard | | |
| | Myrtle Beach | SC | 29577 |
| | *City* | *State* | *Zip Code* |
| County | Horry | | |
| Telephone Number | | | |
| E-Mail Address *(if known)* | | | |

[ ] Individual capacity     [✔] Official capacity

Defendant No. 2

|  |  |  |  |
|---|---|---|---|
| Name | Darria (Last Name Unknown), | | |
| Job or Title *(if known)* | Front Desk Employee (Grand Atlantic Ocean Resort) | | |
| Address | 2007 South Ocean Boulevard | | |
| | Myrtle Beach | SC | 29577 |
| | *City* | *State* | *Zip Code* |
| County | Horry | | |
| Telephone Number | | | |
| E-Mail Address *(if known)* | | | |

[✔] Individual capacity     [ ] Official capacity

Defendant No. 3
- Name: Ron (Last Name Unknown)
- Job or Title *(if known)*: Maintenance Employee (Grand Atlantic Ocean Resort)
- Address: 2007 South Ocean Boulevard
  - City: Myrtle Beach
  - State: SC
  - Zip Code: 29577
- County: Horry
- Telephone Number:
- E-Mail Address *(if known)*:

[✔] Individual capacity   [ ] Official capacity

Defendant No. 4
- Name: Additional Defendants are listed on Attachment A
- Job or Title *(if known)*:
- Address:
  - City:
  - State:
  - Zip Code:
- County:
- Telephone Number:
- E-Mail Address *(if known)*:

[ ] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Plaintiff's rights under the Fourth Amendment, as applied to the states through the Fourteenth Amendment, were violated, including the right to be free from warrantless, nonconsensual entry into an occupied dwelling, unreasonable search and seizure, and invasion of bodily privacy.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

    See Appendix B for a detailed statement explaining how each Defendant acted under color of state law.

## III.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

    See Appendix C – Statement of Claim

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

    On or about November 14–15, 2024, during evening and nighttime hours.

    C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

    See Appendix C – Statement of Claim, attached hereto and incorporated by reference.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I suffered violations of my constitutional rights, including unlawful entry into my dwelling, invasion of bodily privacy, and coercion under color of state law.

I also suffered severe emotional distress, humiliation, fear, anxiety, and loss of dignity as a result of the defendants' actions.

## V.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff seeks compensatory damages in the amount of $3,000,000 for violations of Plaintiff's constitutional rights, including emotional distress, humiliation, loss of privacy, fear, anxiety, psychological trauma, and loss of dignity caused by Defendants' actions.

Plaintiff further seeks punitive damages in the amount of $2,000,000 against the individual Defendants for their willful, reckless, and callous disregard of Plaintiff's clearly established constitutional rights.

Plaintiff also seeks declaratory relief, costs of this action, and such other and further relief as the Court deems just and proper.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1-8-26

Signature of Plaintiff: Cecily Hilliard
Printed Name of Plaintiff: Cecily Hilliard

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
                City    State    Zip Code
Telephone Number:
E-mail Address:

**ATTACHMENT – FULL CAPTION AND DEFENDANT LIST**

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

---

CECILY [LAST NAME],
        Plaintiff,

v.                  Civil Action No. _____

GRAND ATLANTIC OCEAN RESORT;
AMBER, HOTEL MANAGER, GRAND ATLANTIC OCEAN RESORT, individually and in her official capacity;
DARRIA [LAST NAME], individually and in her official capacity;
RON [LAST NAME], individually and in his official capacity;
OFFICER GASSAWAY, individually and in his official capacity;
OFFICER STRUKUS, individually and in his official capacity;
OFFICER MUTERSPAW, individually and in his official capacity;
OFFICER LONG, individually and in his official capacity;
OFFICER WEST, individually and in his official capacity;
OFFICER WREN, individually and in his official capacity;
OFFICER SMITH, individually and in his official capacity;
OFFICER MORELAND, individually and in his official capacity;
OFFICER HALL, individually and in his official capacity;
THE CITY OF MYRTLE BEACH, SOUTH CAROLINA;
and
JOHN DOE HOTEL OWNERS 1–5,
        Defendants.

---

# ATTACHMENT A – ADDITIONAL DEFENDANTS (ET AL.)

Plaintiff incorporates by reference the Defendants listed on the face of the Complaint. The following Defendants are listed pursuant to the limitation of space on the Complaint form and are sued in the capacities indicated below.

4. Amber [Last Name Unknown], Hotel Manager at Grand Atlantic Ocean Resort.
   Capacity: Sued individually and in her official capacity.
   Service Address: c/o Grand Atlantic Ocean Resort
   2007 South Ocean Boulevard
   Myrtle Beach, South Carolina 29577

5. Officer Gassaway, Myrtle Beach Police Department.
   Capacity: Sued individually and in his official capacity.
   Service Address: c/o City of Myrtle Beach – City Manager / Risk Management
   937 Broadway Street
   Myrtle Beach, South Carolina 29577

6. Officer Strukus, Myrtle Beach Police Department.
   Capacity: Sued individually and in his official capacity.
   Service Address: c/o City of Myrtle Beach – City Manager / Risk Management
   937 Broadway Street
   Myrtle Beach, South Carolina 29577

7. Officer Muterspaw, Myrtle Beach Police Department.
   Capacity: Sued individually and in his official capacity.
   Service Address: c/o City of Myrtle Beach – City Manager / Risk Management
   937 Broadway Street
   Myrtle Beach, South Carolina 29577

8. Officer Long, Myrtle Beach Police Department.
   Capacity: Sued individually and in his official capacity.
   Service Address: c/o City of Myrtle Beach – City Manager / Risk Management
   937 Broadway Street
   Myrtle Beach, South Carolina 29577

9. Officer West, Myrtle Beach Police Department.
   Capacity: Sued individually and in his official capacity.

   Service Address: c/o City of Myrtle Beach – City Manager / Risk Management
   937 Broadway Street
   Myrtle Beach, South Carolina 29577

10. Officer Wren, Myrtle Beach Police Department.
   Capacity: Sued individually and in his official capacity.
   Service Address: c/o City of Myrtle Beach – City Manager / Risk Management
   937 Broadway Street
   Myrtle Beach, South Carolina 29577

11. Officer Smith, Myrtle Beach Police Department.
   Capacity: Sued individually and in his official capacity.
   Service Address: c/o City of Myrtle Beach – City Manager / Risk Management
   937 Broadway Street
   Myrtle Beach, South Carolina 29577

12. Officer Moreland, Myrtle Beach Police Department.
   Capacity: Sued individually and in his official capacity.
   Service Address: c/o City of Myrtle Beach – City Manager / Risk Management
   937 Broadway Street
   Myrtle Beach, South Carolina 29577

13. Officer Hall, Myrtle Beach Police Department.
   Capacity: Sued individually and in his official capacity.
   Service Address: c/o City of Myrtle Beach – City Manager / Risk Management
   937 Broadway Street
   Myrtle Beach, South Carolina 29577

14. John Doe Hotel Owners 1–5.
   Capacity: Sued in their individual capacities and any applicable official or managerial capacities as determined through discovery.
   Service Address: Unknown at this time; to be identified through discovery.

15. City of Myrtle Beach, South Carolina.
   Capacity: Municipal liability (official capacity only).
   Service Address: City of Myrtle Beach – City Manager / Risk Management
   937 Broadway Street
   Myrtle Beach, South Carolina 29577

## APPENDIX B – ACTION UNDER COLOR OF STATE LAW

1. Myrtle Beach Police Department Officers acted under color of state law at all relevant times as sworn law enforcement officers exercising official authority granted by the State of South Carolina. The officers responded to the scene in uniform, asserted police authority, threatened Plaintiff with arrest, and remained present while unlawful entry into Plaintiff's dwelling occurred, thereby lending official sanction to the conduct.

2. Individual Police Officers (including John/Jane Does) acted under color of state law by using their authority as police officers to intimidate, coerce, and threaten Plaintiff with arrest absent a warrant, court order, or exigent circumstances, and by failing to intervene to stop an ongoing constitutional violation despite having the opportunity and duty to do so.

3. Hotel Staff and Maintenance Employees, including Defendant Darria and Defendant Ron, acted under color of state law through joint action and conspiracy with law enforcement officers. These Defendants initiated police involvement, facilitated access to Plaintiff's dwelling, and repeatedly entered or attempted to enter the unit while police officers were present and exercising authority.

4. The hotel maintenance employee acted under color of state law by conducting forced entries into Plaintiff's dwelling with police present, after police threats of arrest, and with the knowledge and acquiescence of law enforcement officers, thereby transforming private conduct into state action.

5. The City of Myrtle Beach, through its police department, acted under color of state law by permitting officers to participate in, ratify, and fail to stop unconstitutional conduct, including warrantless entry and threats of arrest, pursuant to customs, practices, or failures in training and supervision.

6. The combined actions of hotel staff and police officers constituted joint action, state compulsion, and willful participation in unconstitutional conduct, satisfying the state-action requirement under 42 U.S.C. § 1983.

## APPENDIX C – STATEMENT OF CLAIM

On or about November 14–15, 2025, Plaintiff was lawfully occupying a privately owned condominium unit located within a hotel in Myrtle Beach, South Carolina. Plaintiff had a lawful right of occupancy and a reasonable expectation of privacy in the dwelling.

While Plaintiff and her minor daughter were inside the unit with the door closed, a hotel maintenance employee, without consent, a warrant, or any emergency, unlocked and opened the door, exposing Plaintiff and her minor daughter while unclothed. After observing them, the employee made threatening statements and left.

The maintenance employee later returned with Myrtle Beach Police Department officers. While officers stood outside the unit, the maintenance employee again opened the door without consent. Plaintiff attempted to close the door and explicitly asserted her Fourth Amendment rights.

The door's security latch initially prevented full entry. The maintenance employee then forcibly broke or disengaged the security latch and placed his foot and a metal object in the doorway to physically prevent Plaintiff from closing the door.

During this time, police officers threatened Plaintiff with arrest if she did not leave the unit, despite the absence of a warrant, court order, or exigent circumstances. Officers failed to intervene to stop the unlawful entry and instead used their authority to coerce compliance.

As a result of Defendants' actions, Plaintiff was subjected to warrantless entry, invasion of bodily privacy, intimidation under color of law, and severe emotional distress. Plaintiff's minor daughter was forcibly exposed during the incident.

Defendants' actions violated Plaintiff's rights under the Fourth and Fourteenth Amendments to the United States Constitution and were undertaken under color of state law.